Roberto Luis Costales, Esq. (*pro hac vice*)
rlc@beaumontcostales.com
William H. Beaumont, Esq. (*pro hac vice*)
whb@beaumontcostales.com
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone: (773) 831-8000
Facsimile:  (504) 272-2956
*Attorneys for Plaintiffs*

Glenn M. Goffin, SBN 153766
ggoffin@glenngoffinlaw.com
Attorney-at-Law
920 Beach Park Blvd #39
Foster City, California 94404
Telephone: (415) 845-8556

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JESSE ZAMORA, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> WENDY'S INTERNATIONAL, LLC, *et al*., <br><br> Defendants. | Case No.: 19-cv-06133-LHK-SVK <br><br> **JOINT STIPULATION TO ENLARGE BRIEFING SCHEDULE** <br><br> <ins>(FRCP 6(b)(1); Civil L.R. 6-1(a))</ins> |

## <ins>STIPULATION</ins>

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiffs Jesse Zamora, Lonia Smith, Roy Rios, and Daniel Onn ("Plaintiffs") and Defendants Eastbay Equities, Inc., California Fast Food Restaurants, LLC, Wendy's of Santa Clara, Inc., and Wendy's of the Pacific, Inc. ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. On October 7, 2020 Defendants filed a motion to dismiss and motion for judgment on the pleadings. Dkt. 61.

2. The hearing for these motions is set for February 18, 2021.

-1-

JOINT STIPULATION TO ENLARGE BRIEFING SCHEDULE
Case No. 19-CV-06133-LHK-SVK

3. Plaintiffs' opposition brief is currently due October 21, 2020.

4. Defendants' reply brief is currently due October 28, 2020.

5. Plaintiffs and Defendants have conferred and agreed to an enlargement of the current briefing schedule.

6. Specifically, they agree that Plaintiffs opposition brief shall be due November 4, 2020 and Defendant's reply brief shall be due on November 25, 2020.

IT IS SO STIPULATED

Dated: October 14, 2020

By:    /s/ William Beaumont
One of Plaintiffs' Attorneys
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60647
Telephone: 773-831-8000
whb@beaumontcostales.com

-and-

/s/ Michael W. Nelson
MICHAEL W. NELSON, Bar No. 287213
mwnelson@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
Attorneys for Defendant
EASTBAY EQUITIES, INC. and
CALIFORNIA FAST FOOD
RESTAURANTS, LLC

/s/ Scottlyn J. Hubbard
SCOTTLYNN J. HUBBARD, Bar No. 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Phone: (530) 895-3253
Fax: (530) 894-8244

Attorneys for Defendant
WENDY'S OF THE PACIFIC, INC.
(erroneously sued as Wendpac, LLC)

/s/ S. Brett Sutton
S. BRETT SUTTON, Bar No. 143107
brett@suttonhague.com
JARED HAGUE, Bar No. 251517
jared@suttonhague.com

-2-

JOINT STIPULATION TO ENLARGE BRIEFING SCHEDULE
Case No. 19-CV-06133-LHK-SVK

Sutton Hague Law Corporation
5200 N. Palm Ave, Suite 203
Fresno, CA 93704
Phone: 559-325-0500
Fax: 559-981-1217

Attorneys for Defendant
WENDY'S OF SANTA CLARA, INC.

-3-

JOINT STIPULATION TO ENLARGE BRIEFING SCHEDULE
Case No. 19-CV-06133-LHK-SVK