Roberto Luis Costales, Esq. (*pro hac vice*)
rlc@beaumontcostales.com
William H. Beaumont, Esq. (*pro hac vice*)
whb@beaumontcostales.com
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone: (773) 831-8000
Facsimile:  (504) 272-2956
*Attorneys for Plaintiffs*

Glenn M. Goffin, SBN 153766
ggoffin@glenngoffinlaw.com
Attorney-at-Law
920 Beach Park Blvd #39
Foster City, California 94404
Telephone: (415) 845-8556

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JESSE ZAMORA, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>WENDY'S INTERNATIONAL, LLC, *et al*.,<br><br>Defendants. | Case No.: 19-cv-06133-LHK-SVK<br><br>~~PROPOSED~~ ORDER ON JOINT STIPULATION TO ENLARGE BRIEFING SCHEDULE<br><br>(FRCP 6(b)(1); Civil L.R. 6-1(a)) |

### ~~PROPOSED~~ ORDER

WHEREAS On October 7, 2020 Defendants filed a motion to dismiss and motion for judgment on the pleadings, Dkt. 61;

WHEREAS the current briefing schedule provides that Plaintiffs' response to Defendants' motion is due October 21, 2020 and Defendants' reply brief is due October 28, 2020;

WHEREAS the Parties to the motion have stipulated to an enlargement of the briefing deadlines,

WHEREAS the Court finds that there is good cause to enter the Parties' stipulation;

-1-

IT IS HEREBY ORDERED that Plaintiffs will have until November 4, 2020 to file their opposition to Defendants' brief and Defendants will have until November 25, 2020 to file their reply.

**IT IS SO ORDERED.**

Dated: October __24__, 2020

_____

Honorable Lucy H. Koh
United States District Judge

-2-

PROPOSED ORDER ON JOINT STIPULATION TO ENLARGE BRIEFING SCHEDULE
Case No. 19-CV-06133-LHK-SVK