Roberto Luis Costales, Esq. (*pro hac vice*)
rlc@beaumontcostales.com
William H. Beaumont, Esq. (*pro hac vice*)
whb@beaumontcostales.com
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone: (773) 831-8000
Facsimile:  (504) 272-2956
*Attorneys for Plaintiffs*

Glenn M. Goffin, SBN 153766
ggoffin@glenngoffinlaw.com
Attorney-at-Law
920 Beach Park Blvd #39
Foster City, California 94404
Telephone: (415) 845-8556

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JESSE ZAMORA, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>WENDY'S INTERNATIONAL, LLC, *et al*.,<br><br>Defendants. | Case No.: 19-cv-06133-LHK-SVK<br><br>**NOTICE OF DISMISSMAL PURSUANT TO FRCP 41**<br><br>Judge: Hon. Lucy H. Koh |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that all Plaintiffs voluntarily dismiss their claims against all Defendants without prejudice. Voluntary dismissal is appropriate as no Defendant has served an Answer or motion for summary judgment.

*Respectfully submitted*,

Dated: October 29, 2020

*/s/ William H. Beaumont*
William H. Beaumont, Esq. (*pro hac vice*)

-1-

NOTICE OF DISMISSMAL PURSUANT TO FRCP 41
Case No. 19-CV-06133-LHK-SVK